**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 27, 2005

# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Paulette Foston vs. American Medical Security, Inc., et al**
**Case Number: 3:05cv488 (F)**

**Referenced Docket Entry - Attachment 15 to First Amended and Restated Complaint contained within Doc.[1]**

**This Notice of Correction was filed in the referenced case on this date to correct the PDF document.. Please see the correct PDF document to this notice.**