**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

RECEIVED
2005 MAY 23 P 4: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**PAULETTE FOSTON,**

**Plaintiff,**

**v.**

**AMERICAN MEDICAL SECURITY, INC., et al.,**

**Defendants.**

**CIVIL ACTION NO.** ~~CV-05-009~~ 3:05cv488-F

## CERTIFICATE OF REMOVAL

**COME NOW** defendants, American Medical Security, Inc. ("AMS") and United Wisconsin Life Insurance Company ("UWLIC"), by and through their undersigned counsel, and hereby certify in accordance with 28 U.S.C. §1446(d) that written notice was given to all adverse parties in this action of the filing of a Notice of Removal in the above-styled action, and that a copy of the Notice of Removal was filed with the Clerk of the Circuit Court of Macon County, Alabama on this the 23rd day of May, 2005.

C Hancock

Ricky J. McKinney (MCKIR6539)
D. Brian O'Dell (ODELD2628)
Christian W. Hancock (WATSC8651)
BURR & FORMAN, LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

James E. Fleenor, Jr. (FLE013)
Harlan F. Winn, III (WIN023)
Michael J. Clemmer (CLE029)
BATTLE FLEENOR GREEN WINN
& CLEMMER, LLP
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8162
Facsimile: (205) 397-8179

Attorneys for Defendants
AMERICAN MEDICAL SECURITY, INC. AND
UNITED WISCONSIN LIFE INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following counsel of record by placing same in the United States mail, postage prepaid, addressed as follows:

Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, Alabama 35209

Keith Thomas, Esq.
P.O. Box 830899
Tuskegee, Alabama 36083

On this the 23rd day of May, 2005.

C. Hancock

OF COUNSEL