IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

PAULETTE FOSTON, )
)
Plaintiff, )
v. ) CASE NO: 3:05cv488-F
)
AMERICAN MEDICAL SECURITY, INC. )
)
Defendant. )

**ORDER**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 31st day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE