**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PAULETTE FOSTON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 3:2005cv00488** |
| | ) | |
| **AMERICAN MEDICAL SECURITY, INC., et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS UNITED WISCONSIN LIFE INSURANCE COMPANY AND AMERICAN MEDICAL SECURITY, INC.'S MOTION TO DISMISS**

Defendants American Medical Security, Inc. ("AMS") and United Wisconsin Life Insurance Company ("UWLIC") (collectively referred to hereinafter "Defendants"), pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, respectfully request this Court to enter an Order dismissing Plaintiff's Second Amended and Restated Complaint ("Second Amended Complaint"). In support of their motion, UWLIC and AMS rely on the pleadings and their memorandum in support of their motion to dismiss, filed contemporaneously herewith. As grounds for their motion, Defendants state as follows:

1. The entire Second Amended Complaint must be dismissed because Plaintiff's claims are within the primary jurisdiction of the Alabama Department of Insurance.

2. Plaintiff's fraudulent suppression claim must be dismissed because, as a matter of law, Defendants had no duty to disclose to Plaintiff how his insurance premiums were calculated.

3. The fraud and fraudulent suppression claims are barred by Alabama's two-year (2) limitations period.

4. Plaintiff's breach of contract claim must be dismissed because Plaintiff's allegation fails to set forth how his alleged contract was breached and how Defendants failed to

perform their obligations under said contract. Further, the breach of contract claim impermissibly seeks to enforce an indefinite agreement-to-agree in the future.

5. No conspiracy claim can be maintained against AMS and UWLIC, as they are sister companies sharing a unity of interest and cannot combine to form a conspiracy.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Defendants UWLIC and AMS respectfully request this Court enter an Order dismissing the Plaintiff's Second Amended Complaint.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

/s/ Michael J. Clemmer

James E. Fleenor, Jr. (FLE-013)
Harlan F. Winn, III (WIN-023)
Michael J. Clemmer (CLE-029)
Attorneys for Defendants,
AMERICAN MEDICAL SECURITY, INC. AND
UNITED WISCONSIN LIFE INSURANCE CO.

**OF COUNSEL:**

**BATTLE FLEENOR GREEN WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: jfleenor@bfgwc.com
hwinn@bfgwc.com
mclemmer@bfgwc.com

Ricky J. McKinney (MCK030)
**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 251-3000
Fax: (205) 458-5100
Email: rmckinne@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronic mail addressed as follows:

Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, Alabama 35209
ted@mcplaw.com

on this the 31st day of May, 2005.

/s/ Michael J. Clemmer
OF COUNSEL