AMSOUTH®

# SCHEDULE OF FEES

# FOR

# GROUP INSURANCE TRUST ARRANGEMENTS

<u>One time set up fees:</u>

| | |
|---|---|
| Acceptance of Trust | $250.00 |

<u>Annual fees, payable in advance on anniversary date:</u>

| | |
|---|---|
| Base trustee fee | $1,000.00 |
| Per industry sub-account | $100.00 |
| Per group policy owned | $25.00 |

<u>ansaction fees:</u>

| | |
|---|---|
| Acceptance of new policy | $75.00 |
| Amendment to existing policy | $25.00 |
| Per execution of joinder agreement | $5.00 |

tabbies®

EXHIBIT

D