*Working for America's Workforce*

Department of Labor questions regarding "**THE PRESCRIPTION FOR GOOD HEALTH TRUST**" (Trust):

1. Is this a fully insured Plan?

2. If yes, who is the insurer?

3. If no, what type of benefit arrangement is this?

4. Are claims being paid?

5. Is the trust behind in paying claims?

6. Are legitimate claims being denied?

7. Are premiums different for participants on COBRA?

8. Have premiums increased for all participants?

9. What is the general amount of the increase?

10. Can premiums be changed more often than annually?

11. Is AmSouth a custodian trustee or a discretionary trustee?

12. What exactly is the bank's duties with regard to the Trust?

13. Who determines the premium amount?

14. Who determines if premiums are to be raised?

15. Is membership in this Trust sold to other than Nursing Homes?

16. Please provide the name and telephone number of a contact person at AmSouth Bank.

10/13/98
TC Tommy Moore w/DOL
gave him Pat Schaner's #

tabbies
EXHIBIT
E

AmSouth Bank

**AmSouth Bank**

# *Facsimile*

To: Dale Hebert
@Fax: 205-581-7390
From: Jutta (Judy) Walters
Date: Tuesday, October 13, 1998 @ 10:53 AM
Re: Prescription for Good Health Trust
Pages: 3, including this

MESSAGE:

HERE IS THE FAX FROM MR. MOORE AT THE US DEPARTMENT OF LABOR IN ATLANTA. I CALLED AND LEFT A MESSAGE ON HIS VOICE MAIL GIVING HIM YOUR NAME AND PHONE NUMBER.

THANK YOU.

**U.S. Department of Labor**

Pension and Welfare Benefits Administration
100 Alabama Street NW
Atlanta, Georgia 30303

# REGIONAL OFFICE FACSIMILE TRANSMITTAL SHEET

Date: 10/13/98 No. of Pages (including cover sheet): ___

DELIVER TO:

Name: Judy Walters Voice No. ___

Organization: AmSouth Trust Dept FAX No. 334-240-1235

FROM:

Name: Tony Moore Voice No. 404/562-2156

US Dept of Labor (PWBA) FAX No. 404/562-2169

SUBJECT/COMMENTS:

Attached are our questions regarding the "Prescription for Good Health Trust", per your request.

MAIL ORIGINAL: Yes ___ No. ✓

~~70-6093-00-2~~
70-6199-00-2

**AmSouth Bank**
Employee Benefit Department
Post Office Box 830859
Birmingham, Alabama 35283-0859
(205) 326-5422

AMSOUTH

Direct Dial:(205)326-5423

July 15, 1998

Mr. Michael Chionopoulos
Abowitz, Rhodes & Dahnke, P.C.
15 N. Robinson, Suite 1000
Oklahoma City, OK 73013

**Re: Prescription for Good Health Group Insurance Trust**
**#70-6199-00-7**
**Smoot Case**

Dear Mike:

I previously faxed you a copy of the trust agreement and an amendment to the trust agreement for the above trust. Correspondence, policies and amendments in this trust consist of approximately 300 pages.

If you have any questions, please contact me at 1-800-284-4100, extension 5423.

Very truly yours,

Dale M. Hebert

(Ms.) Dale M. Hebert
Vice President

cc: Jim Pruett

BANK: 01 ** INVESTMENT LIST OF ASSETS ** 08:05 07/15/98
TRAN ACCOUNT TYPE
THGL 706199007
TITLE: PRESCRIPTION FOR GOOD HEALTH TRUST ACCOUNT TYPE: GROUP INSURANCE
ADMINISTRATIVE OFFICER: HEBERT, DALE M. INVESTMENT OFFICER: NPM

| SECURITY DESCRIPTION | SECURITY REG / CARRY VALUE | UNITS HELD | PRICE DATE / MARKET VALUE |
|---|---|---|---|
| UNITED WISCONSIN LIFE INS CO GROUP INS POLICY MASTER POLICY NO AB 2000 | SM0307514 27<br>1.00<br>INVESTED INCOME: | 1.000 | 00/00/00<br>1.00<br>.000 |
| VIRGINIA STATE SPECIFIC RIDER (BONE MARROW TRANSPLANTS) NO. RD-0190-21-00 12/94 | SM0316358 27<br>1.00<br>INVESTED INCOME: | 1.000 | 00/00/00<br>1.00<br>.000 |
| 3 AMENDMENTS TO POLICY AB 2000 (7/22/96) | SM0349920 26<br>1.00<br>INVESTED INCOME: | 1.000 | 00/00/00<br>1.00<br>.000 |
| AMENDMENT TO POLICY AB 2000 (PO-0054-00-1-00 5/96) (3/24/97) | SM0356941 26<br>1.00<br>INVESTED INCOME: | 1.000 | 00/00/00<br>1.00<br>.000 |

**PRESS DOWN FOR NEXT PAGE**
PRESS CLEAR OR CANCEL KEY FOR MENU

BANK: 01 ** INVESTMENT LIST OF ASSETS ** 09:05 07/15/9
TRAN ACCOUNT TYPE
THGL 706199007
TITLE: PRESCRIPTION FOR GOOD HEALTH TRUST ACCOUNT TYPE: GROUP INSURANCE
ADMINISTRATIVE OFFICER: HEBERT, DALE M. INVESTMENT OFFICER: NPM

| SECURITY DESCRIPTION | SECURITY REG | CARRY VALUE | UNITS HELD / MARKET VALUE | PRICE DAT |
|---|---|---|---|---|
| AMENDMENT TO POLICY AB 2000 | SM0362766 26 | | 1.000 | 00/00/( |
| (9/5/97) | | 1.00 | | 1.00 |
| | INVESTED INCOME: | | | .000 |
| ** TOTAL SUNDRY & MISC ** | | 5.00 | | 5.0000 |
| ** TOTAL ASSETS FOR THIS ACCOUNT | | 5.00 | | 5.0000 |

***** END OF ACCOUNT**

PRESS CLEAR OR CANCEL KEY FOR MENU