IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| **VIVIAN GADSON (individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.: CV-02-1601** |
| **v.** | ) | |
| **UNITED WISCONSIN LIFE INSURANCE COMPANY; AMERICAN MEDICAL SECURITY, INC.; and AMSOUTH BANK, et al.,** | ) | |
| **Defendants.** | ) | |

**<u>EXCLUSION REQUEST</u>**

The undersigned hereby elects to opt-out and be excluded as a member of the plaintiff class certified in the action entitled Vivian Gadson, et al. v. United Wisconsin Life Insurance Company, et al., CV-02-1601 in the Circuit Court for Montgomery County, Alabama. The undersigned understands that by executing the election and mailing a copy to the Settlement Administrator, American Medical Security, Inc., at 3100 AMS Boulevard, Green Bay, Wisconsin 54313, Attention: Beth Champion, prior to August 19, 2004, the undersigned will neither be bound by the results of these actions not participate in and receive the benefits of the settlement and Settlement Agreement described in the Notice.

To be excluded from the settlement, this form must contain all the information requested below, include the original signature or the certificate owner (rather than a representative), and the form must be received by the Settlement Administrator by August 19, 2004, not simply postmarked by that date.

1208303

EXHIBIT

tabbies

H

Date Signed: 8-11-04

Paulette Jean Foston
NAME - - Please Print

Address
1309 Notasulga Rd Tusk[illegible]
36083

[signature]
Signature

Group Policy No. (if known) 2400008274-137[illegible]

Social Security No. 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

1208303

From: Origin ID: (205)879-9661
Ted Mann
MANN, COWAN & POTTER, PC
2000B SOUTHBRIDGE PKWY.
STE. 601
BIRMINGHAM, AL 35209

FedEx Express

E

CL6032404

Ship Date: 18AUG04
Actual Wgt: 1 LB
System#: 1884149/INET1850
Account#: S *********

REF: AMS - General

Delivery Address Bar Code

SHIP TO: (000)000-0000 BILL SENDER
**Beth Champion, Settlement Administr**
**American Medical Security**
**3100 AMS Boulevard**

**Green Bay, WI 54313**

**PRIORITY OVERNIGHT**

**THU**
Deliver By:
19AUG04

TRK# **7913 1797 8890** FORM 0201

**ATW** A2

**54313** -WI-US

**XH GRBA**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.