alacourt.com's

# OffLine Case Detail

## Complete Through 6/3/2004

Settings Parties Witness List

You can check this case in the RealTime System here

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ***Case*** | | | | | | | |
| County | 03 - Montgomery | Case Number | CV200200160100 | JID | J-H | Trial | J |
| Style | VIVIAN GADSON VS UNITED WISCONSIN LIFE ET AL | | | | | | |
| Code | TONG | Type | NEGLIGENCE-GENERAL | Filed | 6/11/2002 | Track | |
| Amount | | Status | A | Plaintiffs | 001 | Defendants | 004 |
| DJID | | Court Action | - | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | 0000 | Lien | | | | | |
| ***Settings*** | | | | | | | |
| Date 1 | 3/1/2004 | Que 1 | 001 | Time 1 | 0900 A | Description | JTRL - TRIAL - JURY |
| Date 2 | 4/27/2004 | Que 2 | 001 | Time 2 | 0900 A | Description | HEAR - STAT/SCHED/MOT |
| Date 3 | 9/8/2004 | Que 3 | 001 | Time 3 | 0900 A | Description | HEAR - SETT/FAIRNESS HEAR |
| Date 4 | 5/28/2004 | Que 4 | 001 | Time 4 | 0900 A | Description | SCHC - STATUS REVIEW/DKT |
| Cont Date | 11/14/2002 | Why | | | | Cont # | 01 |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 000000000000 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | ***ORDER DATED 8/26/02 REMANDING CASE FROM FED TO CV**** | | | | | | |
| Comment 2 | | | | | | | |
| ***Party 1*** | | | | | | | |
| Party | C001 | Name | GADSON VIVIAN | | | Type | I |
| INDX | D/UNITED WISCO | ANAM | | | | JID | J-H |
| SSN | XXX-XX- | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL | | | Phone | 334-000-0000 |
| Atty 1 | BEA020 | Atty 2 | MIL060 | Atty 3 | CAR112 | Atty 4 | LOW004 |
| Atty 5 | GRA056 | Atty 6 | HIT005 | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | ***ORDER DATED 8/26/02 REMAND CASE FROM FED TO CV | | | | | | |
| ***Party 2*** | | | | | | | |
| Party | D001 | Name | UNITED WISCONSIN LIFE INSURANCE COMPANY | | | Type | B |
| INDX | P/GADSON VIVIA | ANAM | | | | JID | J-H |
| SSN | XXX-XX- | Address 1 | THE CORPORATION COMPANY | | | Sex | |
| DOB | | Address 2 | 2000 INTERSTATE PK STE204 | | | Race | |
| Country | US | City | MONTGOMERY AL 36109 | | | Phone | 334-000-0000 |
| Atty 1 | FLE013 | Atty 2 | WIN023 | Atty 3 | MCK030 | Atty 4 | MUD005 |
| Atty 5 | CLE029 | Atty 6 | | | | | |
| Issued | 6/12/2002 | Type | C | Reissue | 7/17/2002 | Type | C |

tabbies EXHIBIT J