IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PAULETTE FOSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv488 |
| | ) | |
| AMERICAN MEDICAL SECURITY, INC., *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that the defendants shall show cause in writing by 1 July 2005 why plaintiff's Motion to Remand (Doc. # 10) filed on 9 June 2005 should not be granted.

DONE this 21st day of June 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE