**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALBERT C. STOKLEY, JR.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **AMERICAN MEDICAL SECURITY, INC., et. al.,** | ) | **1:05-CV-00305-WS-L** |
| **Defendants.** | ) | |

**NOTICE OF CONSENT TO REMAND**

**COME NOW** Defendants, American Medical Security, Inc. ("AMS") and United Wisconsin Life Insurance Company, Inc. ("UWLIC") (collectively "Removing Defendants") by and through their attorneys of record, and hereby submit this Notice of Consent to Remand. In support of the same, the Defendants show the following:

1. On May 23, 2005, the Removing Defendants removed this matter to the United States District Court for the Middle District of Alabama, Eastern Division, in accordance with 28 U.S.C. § 1444 and 28 U.S.C. § 1332.

2. Thereafter, on June 9, 2005, Plaintiff filed a Motion to Remand, as well as served a Brief in Support of Remand.

3. After reviewing the arguments and evidentiary materials submitted in support of the Motion to Remand, the Removing Defendants hereby consent to the entry of an Order remanding this matter to the Circuit Court of Choctaw County, Alabama.

tabbies EXHIBIT C

Respectfully submitted,

/s/ Michael J. Clemmer
James E. Fleenor, Jr. (FLE-013)
Harlan F. Winn, III (WIN-023)
Michael J. Clemmer (CLE-029)
Attorneys for Defendants,
AMERICAN MEDICAL SECURITY, INC.,
UNITED WISCONSIN LIFE INSURANCE CO.
AND AMSOUTH BANK

**OF COUNSEL:**

**BATTLE FLEENOR GREEN WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: jfleenor@bfgwc.com
hwinn@bfgwc.com
mclemmer@bfgwc.com

Ricky J. McKinney (MCK030)
**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 251-3000
Fax: (205) 458-5100
Email: rmckinne@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system:

Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, Alabama 35209
ted@mcplaw.com

on this the 27th day of June, 2005.

/s/ Michael J. Clemmer
OF COUNSEL