IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PAULETTE FOSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV488-F |
| | ) | |
| AMERICAN MEDICAL SECURITY, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of AmSouth's Renewed Motion To Strike Jury Demand, filed on 17 June 2005 (Doc. # 14), and for good cause, it is

ORDERED that on or before 15 July 2005, the plaintiff shall show cause in writing why the motion should not be granted. In so doing, the plaintiff is DIRECTED to address the legal authorities cited by the defendant.

DONE this 6th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE