IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PAULETTE FOSTON,                      )
                                      )
              Plaintiff,              )
                                      )
v.                                    )        CIVIL ACTION NO.  3:05CV488-F
                                      )        [WO]
AMERICAN MEDICAL SECURITY,            )
INC., et al.,                         )
                                      )
              Defendant.              )

## ORDER ON MOTION

For good cause, it is

ORDERED that the plaintiff's Motion To Stay, filed on 7 June 2005 (Doc. # 8), is

GRANTED.  The plaintiff requests that the court stay consideration of AmSouth's Motion

to Dismiss Second Amended and Restated Complaint, filed on 31 May 2005 (Doc. # 5), and

American Medical Security's Motion to Dismiss Second Amended and Restated Complaint,

filed on 31 May 2005 (Doc. # 6).  The court considers it prudent to dispose first of the

plaintiff's pending Motion to Remand, filed on 9 June 2005 (Doc. # 10), before addressing

the pending motions to dismiss.

DONE this 6th day of July, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE