# NOTICE OF INSURANCE ADMINISTRATOR

**PLEASE READ:** This notice advises insured persons of the relationship between the insurance administrator, policyholder and the insurer for your group insurance plan:

1. United Wisconsin Life Insurance Company is the insurer and is liable for payment of eligible claims payment under your group insurance plan.

2. United Wisconsin Life Insurance Company has, by agreement, arranged for American Medical Security, Inc. to provide administrative services for the plan. As administrator, American Medical Security is authorized to market, underwrite, bill and collect premiums, pay claims, and perform other services in its administrative capacity under the agreement. American Medical Security is not the insurer. American Medical Security maintains its corporate office at:

   American Medical Security, Inc.
   3100 AMS Blvd.
   Green Bay, WI 54313

   (Mail Address) P.O. Box 19032
   Green Bay, WI 54307-9032

3. The group policy, under which the insurance is provided, is issued to the Trustee of the Prescription For Good Health Trust. The policyholder is the Trustee. The Trustee is:

   AmSouth Bank, N.A.
   32 Commerce St.
   Montgomery, AL 36130

4. The sponsor of this group insurance plan becomes a member of the Trust at the time the insurance is made effective.

5. American Medical Security will promptly process your claims under the plan. In the event there are delays in processing claims, you shall have no greater rights to interest or other remedies against American Medical Security than would otherwise be afforded to you by law.

Please contact American Medical Security, Inc. at 1-800-232-5432 if you have any questions or concerns about this notice.

EXHIBIT
tabbles
1