**2400-8274** | **Term'd 5/31/1997**

**Paulette Foston**

**Actual Premium increases 1996 to 1997**

| Change in: | **9/1/1996** | **6/1/1997** | **9/1/1997** |
|---|---|---|---|
| Base Rate | 183.2024 | 183.2024 | **1.0000** |
| New Business | n/a | n/a | **1.1202** |
| Case Char. | n/a | n/a | **1.1547** |
| Health/Durational Factor | **0.8400** | **0.8400** | **0.9641** |
| Total Adjustment | n/a | n/a | 1.2471 |
| Total Premium | **153.89** | **153.89** | **191.91** |
| Renewal practice | **N/A** | **N/A** | **Tier-Cat1** |

tabbies
**EXHIBIT**
2

SUBJECT TO ATTORNEY-CLIENT/WORK PRODUCT PRIVILEGES