| | |
|---|---|
| Insured: | Anthony Stinson |
| Grp #: | 2400-10636 |

This policy never went thru renewal. They were issued 2/1/97 at the new business rate. (They were not rated up at issue.) Their initial rate was $71.80, and terminated 4/30/97.

tabbies EXHIBIT 3

SUBJECT TO ATTORNEY-CLIENT/WORK PRODUCT PRIVILEGES

11/17/2004