**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAULETTE FOSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:05-cv-488-MEF-VPM |
| AMERICAN MEDICAL SECURITY, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER OF JULY 6, 2005 REGARDING THE DEFENDANT AMSOUTH'S RENEWED MOTION TO STRIKE JURY DEMAND**

COMES NOW the Plaintiff, Paulette Foston, in response to the Court's show cause Order of July 6, 2005 and requests this Court stay consideration of the Defendant AmSouth's renewed Motion to Strike Jury Demand and as grounds would state as follows:

1. This action was removed on May 23, 2005.

2. Part of the basis for the removal of this action by the removing Defendants, American Medical Security, Inc. and United Wisconsin Life Insurance Company was that AmSouth Bank was fraudulently joined. In its Notice of Removal, the Defendants have alleged that there is no viable cause of action against AmSouth Bank.

3. On June 7, 2005, the Plaintiff filed a Motion to Stay Consideration of Pending Motions to Dismiss filed by AmSouth, American Medical Security and United Wisconsin Life Insurance Company. On July 6, 2005, this Court granted the Motion to Stay consideration of the pending Motions to Dismiss on the basis that it was ". . . prudent to dispose first of the Plaintiff's pending Motion to Remand. . . ."

4. The Plaintiff respectfully asks this Court to extend the effects of its Order of July 6, 2005 staying consideration of pending motions to include AmSouth's Renewed Motion to Strike Jury Demand.

5. As this Court noted in its Order on Motion to Stay entered on July 6, 2005, the Plaintiff filed a Motion to Remand on June 9, 2005.

6. The Plaintiff believes it would be prudent for this Court to first consider its jurisdiction before it rules on any pending motions, particularly in light of the fact that the removing Defendants have asserted that the Plaintiff has not stated any possible claim against AmSouth for which any jury demand might be applicable. In other words, if the Court considers AmSouth's Renewed Motion to Strike Jury Demand, it must do so on the premise that the Plaintiff has stated viable claims against AmSouth Bank which would, by necessity, require a remand of this action.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully asks this Court to stay consideration of AmSouth's Renewed Motion to Strike Jury Demand until the Court has given consideration to the Plaintiff's Motion to Remand, supporting legal authorities and evidentiary materials.

Respectfully submitted,

s/Ted L. Mann
Ted L. Mann
AL State Bar No.: ASB-2219-N36T
Attorney for Plaintiff, Paulette Foston
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Thomas, Esq.
P. O. Box 830899
Tuskegee, AL 36083

James E. Fleenor, Jr., Esq.
Harlan F. Winn, III, Esq.
Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
Financial Center, Ste. 1150
505 N. 20th St.
Birmingham, AL 35203

Ricky J. McKinney, Esq.
D. Brian O'Dell, Esq.
Christian W. Hancock, Esq.
Burr & Forman, LLP
3100 SouthTrust Tower
420 N. 20th St.
Birmingham, AL 35203

Fred D. Gray, Jr., Esq.
Stanley F. Gray, Esq.
Gray, Langford, Sapp
P.O. Box 830239
Tuskegee, AL 36083

I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

(none)

Respectfully submitted,

s/Ted L. Mann
Ted L. Mann
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com
AL State Bar No.: ASB-2219-N36T