IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| PAULETTE FOSTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-488-F |
| | ) |
| AMERICAN MEDICAL SECURITY, | ) |
| INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on August 18, 2005 (Doc. #23), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE that because this Court lacks diversity jurisdiction in this case, plaintiff's motion to remand is GRANTED.

The Clerk is DIRECTED to take appropriate steps to effect the remand of this case to the Circuit Court of Macon County, Alabama.

DONE this 8th day of September, 2005.

                                                 Mark E. Fuller
                                               CHIEF UNITED STATES DISTRICT JUDGE